**IT IS ORDERED**

**Date Entered on Docket: May 23, 2022**



_____
**The Honorable David T. Thuma**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

| | |
|---|---|
| In Re: | Case No. 18-11986-t13 |
| Patricia A. Ashby<br>*aka* Patricia Bleicher<br>*aka* Patcy Ashby, | Chapter: 13 |
| Debtor. | |
| Jimmy D. Ashby,<br>*Non-filing Spouse*. | |

### STIPULATED ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY

**THIS MATTER** came before the Court on the Motion for Relief from Stay and Co-Debtor Stay ("Motion") filed by Bank of Oklahoma, N.A, its successors and/or assigns ("Creditor") on January 24, 2022 (Docket No.: 67) on the Debtor's real property located at 3009 22nd Ave. SE, Rio Rancho, NM 87124 (the "Property"), with a legal description:

1

Lot numbered Ninety-five (95), Block numbered Twenty (20), Unit numbered Sixteen (16), Rio Rancho Estates, as the same is shown and designated on the plat entitled "Portion of Unit Sixteen, Rio Rancho Estates, Town of Alameda Grant, Sandoval County, New Mexico November 1961", filed for record in the office of the County Clerk of Sandoval County, New Mexico in Rio Rancho Estates Plat Book No. 1, Page 1, on December 5, 1961.

Creditor, by its counsel, Elizabeth V. Friedenstein, and Patricia A. Ashby ("Debtor"), by and through her attorney, Ronald E. Holmes (the "Parties"), agree and stipulate as follows:

1. **Automatic Stay**. The automatic stay provided by 11 U.S.C. §362 shall remain in effect, except as provided in the paragraphs below.

2. **Regular Monthly Payments**. Commencing June 1, 2022, the Debtor shall tender the regular monthly payments in the amount of $756.47 to Movant, its successors/assigns, as required pursuant to the terms of the subject Note and Mortgage, and any subsequent Notices of Mortgage Payment Change, if applicable. The Parties acknowledged and agreed that the monthly payment amount may change in the future.

3. **Cure Payment Requirements**. In addition to the payments required by paragraph 2 above, the Debtor shall cure the post-petition arrearage, calculated as follows:

| *Post-petition payments due for:* | |
|---|---|
| 3/1/2022 to 5/1/2022 (3) @ $756.47 each | $2,269.41 |
| Attorney Fees: | $1,050.00 |
| Court Costs: | $188.00 |
| Total arrearage: | $3,507.41 |

**The total arrears shall be paid as follows:**

| Number of Months | Arrearage Payment | Due Date |
|---|---|---|
| 1 | $584.56 | 06/15/2022 |
| 2 | $584.56 | 07/15/2022 |
| 3 | $584.56 | 08/15/2022 |
| 4 | $584.56 | 09/15/2022 |
| 5 | $584.56 | 10/15/2022 |
| 6 | $584.61 | 11/15/2022 |

All such payments shall be mailed directly to the Creditor at the following address:

**Bank of Oklahoma, N.A**
**P.O. Box 21368**
**Tulsa, OK 74121-1368**
**Full account numbers must be included on the payment(s)**

4.  <u>Effect of Nonsufficient Funds</u>. Any check tendered to the Creditor by the Debtor that is returned due to nonsufficient funds, in the account upon which it is drawn, shall not constitute a payment required by the terms of this Order.

5.  <u>Default</u>. In the event the Creditor does not receive the payments required by this Order on the dates set forth in paragraph 2 with any grace period allowed, or paragraph 3 above, the Creditor shall send written notice, to the Debtor and Debtor's counsel and allow the debtor fifteen (15) days from the date the written notice is mailed to cure the delinquent payment or payments. In the event the debtor fails to cure the delinquent payment or payments within the fifteen (15) day period, or in the event the debtor becomes delinquent after two (2) notices of default, Creditor shall file a declaration of default and submit an ex parte order for relief from the automatic stay of 11 U.S.C. § 362 which the Court may grant without further notice or hearing. Creditor shall be entitled to recover and add to the loan, attorney fees incurred in the preparation of a notice of default, declaration of default and/or order terminating the automatic stay.

6.  In the event that the automatic stay of 11 U.S.C. §362(a) is terminated under the

3

Case 18-11986-t13    Doc 73    Filed 05/23/22    Entered 05/23/22 15:59:52 Page 3 of 5

provisions of this Order as to the Creditor, its successors and assigns as to the property identified as 3009 22nd Ave. SE, Rio Rancho, NM 87124, the Chapter 13 Trustee shall make no further distribution to Creditor on its secured claim. The Creditor is authorized to exercise any other right or remedy available to them under law; and the 14-day stay requirement of Fed.R.Bankr.P. 4001(a)(3) is waived.

7. The terms of this Stipulation shall be null and void if the case is converted or dismissed.

8. Creditor and/or its successors and assigns may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. Any such agreement shall be nonrecourse unless included in a reaffirmation agreement. Creditor may contact the Debtor via telephone or written correspondence to offer such an agreement.

9. Upon entry of this Order, the Motion's hearing date for this matter currently set for June 7, 2022 at 09:00 AM is hereby VACATED.

### ### END OF ORDER ###

Submitted by:

IDEA Law Group, LLC

*/s/ Elizabeth V. Friedenstein*
Elizabeth V. Friedenstein
2501 San Pedro Drive NE, Bldg. A, Suite 102
Albuquerque, NM 87110
Toll Free: 877-353-2146
Email: elizabethf@idealawgroupllc.com
Attorney for Creditor

*REVIEWED AND APPROVED:*

/s/ Ronald E Holmes (by permission)
_____
Ronald E Holmes
Davis Miles McGuire Gardner, PLLC
320 Gold SW, Suite 1111
Albuquerque, NM 87102
505-268-3999
Email: rholmes@davismiles.com
Attorney for Debtor

/s/ Tiffany M. Cornejo (by permission)
_____
Tiffany M. Cornejo
625 Silver Avenue SW
Suite 350
Albuquerque, NM 87102-3111
Trustee

*Copies to:*

*Debtor*
Patricia A. Ashby
3009 22nd Ave SE
Rio Rancho, NM 87124

*Non-filing Spouse*
Jimmy D. Ashby
3009 22nd Ave SE
Rio Rancho, NM 87124

5